Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Roy Cleveland McCann |
| **Docket Number:** | 1:04CR05182-01 REC |
| **Offender Address:** | 1917 S. Chestnut Avenue, #G-34<br>Fresno, California 93702 |
| **Judicial Officer:** | Honorable Robert E. Coyle<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | January 24, 2005 |
| **Original Offense:** | 18 USC 922(a)(6) and 924(a)(1)(B), Making a False Statement in Attempted Acquisition of a Firearm (CLASS C FELONY) |
| **Original Sentence:** | 7 months custody in Bureau of Prisons; 36 months supervised release; $100 special assessment |
| **Special Conditions:** | 1) Search and seizure; 2) Submit to DNA collection as directed; 3) No contact, directly or indirectly, with Mary McCann without permission. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | January 24, 2005 |
| **Assistant U.S. Attorney:** | Laurel Montoya    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Eric Kersten    **Telephone:** (559) 487-5561 |
| **Other Court Action:** | |
| <u>**May 24, 2005**</u>: | Offender found guilty of new law violation. Court continued offender on supervised release and added special conditions which included 90 days at the Comprehensive Sanction Center; and that he comply with the criminal protection/restraining order from Calaveras County. |

RE: **McCANN, Roy Cleveland**
**Docket Number:  1:04-CR-05182-01 REC**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in a residential community corrections center, Turning Point, Fresno, California, for a period of up to 120 days, or until discharged by the probation officer or director of Turning Point; said placement shall commence at the direction of the probation officer. The defendant shall comply with all program rules and procedures as directed by the probation officer, including payment of subsistence.

**Justification:**

The offender was released from the custody of the Bureau of Prisons on January 24, 2005. Approximately one month after his release, he violated a restraining order and was subsequently arrested. The offender later entered a guilty plea to a new law violation before this Court. The Court continued the offender under the same conditions previously ordered and added a 90 day placement at the Comprehensive Sanction Center. Further the Court ordered that the offender comply with the criminal protection/restraining order from Calaveras County.

Since being placed on supervision, the probation officer has assisted the offender with housing, treatment, as well as assisting the offender with his finances. However, since approximately November 2005, the offender has not been truthful with this officer. During the course of supervision, the probation officer discovered that the offender traveled outside the Eastern District of California without permission from the probation officer. He developed a relationship with a person on active federal supervision and failed to notify the probation officer of this relationship. Further, he admitted to associating with a known drug user who was a known felon and was on active federal supervision. Finally, the offender failed to notify the probation officer of law enforcement contact, all in violation of his conditions of release.

**RE:   McCANN, Roy Cleveland**
  **Docket Number:  1:04-CR-05182-01 REC**
  **PETITION TO MODIFY THE CONDITIONS OR TERM**
  **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

During a meeting with the offender, he admitted to the above-referenced violations and explained that he was blinded by love.  Although, the violations in this case are serious, the offender is a 66-year-old man with health issues.  Further, during previous periods of incarceration, the offender was taken advantage of by other inmates.  Based on these factors, it appears that a period of confinement in the Comprehension Sanction Center is appropriate.  He voluntarily signed a "Waiver of Hearing" agreeing to modify his conditions to include an up to 120 day placement at Turning Point Fresno, Comprehensive Sanction Center (CSC).

If the Court approves with said modifications, this officer will obtain a placement date at the CSC and will continue to monitor his actions to ensure compliance.

Respectfully submitted,

/s/ Scott J. Waters

**SCOTT J. WATERS**
**Senior United States Probation Officer**
Telephone:  (559) 499-5726

**DATED:**   February 10, 2006
  Fresno, California
  SJW

**REVIEWED BY:**   /s/ Bruce Vasquez
  **Bruce Vasquez**
  **Supervising United States Probation Officer**

**RE:   McCANN, Roy Cleveland**
**Docket Number:  1:04-CR-05182-01 REC**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

| Feb. 13, 2006 | /s/ OLIVER W. WANGER |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:   United States Probation
      Laurel Montoya, Assistant United States Attorney
      Eric Kersten, Assistant Federal Defender
      Defendant
      Court File

Attachment:   Presentence Report (Sacramento only)